UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE FLORES-COLIN,

                                 **Plaintiff,**                          **18-CV-2966 (SN)**

          **-against-**                                                     **ORDER**

LA OAXAQUENA RESTAURANT CORP., et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In this Fair Labor Standards Act case, the parties reported that they had reached a settlement in principal on June 25, 2019. ECF No. 35. The parties consented to my jurisdiction on June 26, 2019, and they were ordered to submit the settlement agreement for Court approval no later than July 26, 2019. ECF Nos. 37-38. The parties complied, submitting their settlement agreement and a letter in support of approval on July 26, 2019. ECF No. 39. Having reviewed the proposed settlement, the Court determines that its terms are fair and reasonable. The Court also finds that the contingency fee due to plaintiff's attorneys—one third of the net settlement of $20,000, minus $600 in costs, for a total of $7,066—is fair and reasonable. See, e.g., Velasquez v. Digital Page, No. 11-CV-3892, 2016 U.S. Dist. LEXIS 84554, at *4 (E.D.N.Y. June 28, 2016). Pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), the settlement is APPROVED and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      August 27, 2019
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2019