UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE FLORES-COLIN,

                               Plaintiff,                        18-CV-2966 (SN)

            -against-                                 **ORDER**

LA OAXAQUENA RESTAURANT CORP., et al.,

                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In this Fair Labor Standards Act case, Plaintiff moved to enforce the settlement and enter judgment on September 20, 2021. ECF No. 41. Pursuant to Local Civil Rule 6.1(b), Defendants' opposition was due no later than October 4, 2021. As of today, Defendants have not filed any opposing memoranda. Defendants shall file their opposition to Plaintiff's motion no later than October 15, 2021. Plaintiff's reply, if any, is due no later than October 22, 2021. If Defendants fail to file their opposition by October 15, 2021, the Court will consider the matter fully briefed and ready for adjudication.

**SO ORDERED.**

                                                    _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

Dated: October 8, 2021
         New York, New York